B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Maine | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wegner, Steven P.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Northcountry Management Group; DBA Burger King**<br>**(certain Maine-based franchised restaurants)** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7328** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**One Willow Drive**<br>**Orono, ME**<br>ZIP Code **04473** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Penobscot** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**24 Spruce Street**<br>**Bangor, ME**<br>ZIP Code **04401-5518** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):   **Bangor, ME** | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>*See Exhibit D on page 2 of this form.*<br>■ Individual (includes Joint Debtors)<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 12          of a Foreign Main Proceeding<br>☐ Chapter 13      ☐ Chapter 15 Petition for Recognition<br>                            of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,          ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as               business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Wegner, Steven P.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date)<br>**Michael A. Fagone** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l).) |

B1 (Official Form 1)(04/13)                                                                                          Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Wegner, Steven P.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Steven P. Wegner_
Signature of Debtor   **Steven P. Wegner**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

5/29/14
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

X _[signature]_
Signature of Attorney for Debtor(s)

**Michael A. Fagone**
Printed Name of Attorney for Debtor(s)

**Bernstein, Shur, Sawyer & Nelson, P.A.**
Firm Name
**100 Middle Street**
**P.O. Box 9729**
**Portland, ME 04112-5029**

Address

**(207) 774-1200  Fax: (207) 774-1127**
Telephone Number

5/29/14
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### District of Maine

In re    **Steven P. Wegner**                                    Case No. _____

                                        Debtor(s)               Chapter    **11**   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* _____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _____
                      Steven P. Wegner

Date:      5/29/14      _____

Certificate Number: 12459-ME-CC-023473722



12459-ME-CC-023473722

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 26, 2014</u>, at <u>5:58</u> o'clock <u>AM PDT</u>, <u>Steven Wegner</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Maine</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>May 26, 2014</u>                By:   <u>/s/Karen Drummond</u>

Name:   <u>Karen Drummond</u>

Title:   <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Maine

In re  **Steven P. Wegner**                                                      Case No.
_____              Chapter    **11**
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Burger King Corporation<br>Attn:  Jeffrey L. Grill, Esq.<br>5505 Blue Lagoon Drive<br>Miami, FL 33126 | Burger King Corporation<br>Attn:  Jeffrey L. Grill, Esq.<br>5505 Blue Lagoon Drive<br>Miami, FL 33126<br>305-378-7822 | Trade Debt | | 439,375.10 |
| Maines Paper & Food Service, Inc.<br>101 Broome Coporate Parkway<br>Conklin, NY 13748-0450 | Maines Paper & Food Service, Inc.<br>101 Broome Coporate Parkway<br>Conklin, NY 13748-0450<br>607-779-1525 | Trade Debt | | 186,953.90 |
| Maine Revenue Services<br>c/o Pamela W. Waite, Esq.<br>6 State House Station<br>109 Sewall Street<br>Augusta, ME 04333-0006 | Pamela W. Waite, Esq.<br>Maine Revenue Services<br>6 State House Station<br>Augusta, ME 04333-0006<br>207-626-8800 | State Unemployment and Sales Taxes | | 51,497.92 |
| American Realty Capital<br>200 Dryden Road, Suite 1100<br>Dresher, PA 19025 | American Realty Capital<br>200 Dryden Road, Suite 1100<br>Dresher, PA 19025<br>212-415-6500 | Rent | | 36,011.36 |
| Dead River Company<br>82 Running Hill Road<br>South Portland, ME 04106 | Dead River Company<br>82 Running Hill Road<br>South Portland, ME 04106<br>207-358-5800 | Trade Debt | | 26,444.04 |
| Emera Maine (Bangor Hydro)<br>P.O. Box 11031<br>Lewiston, ME 04243-9483 | Emera Maine (Bangor Hydro)<br>P.O. Box 11031<br>Lewiston, ME 04243-9483<br>207-973-2000 | Utility Service | | 15,000.00 |
| Anthem Blue Cross and Blue Shield<br>Attn: Michelle Jenkins<br>2 Gannett Drive<br>South Portland, ME 04106 | Anthem Blue Cross and Blue Shield<br>Attn: Michelle Jenkins<br>2 Gannett Drive<br>South Portland, ME 04106<br>800-322-9808 | Health Insurance Premium | | 14,276.40 |
| Northeast Restaurant Equp<br>263 Riverside Drive<br>Eddington, ME 04428 | Northeast Restaurant Equp<br>263 Riverside Drive<br>Eddington, ME 04428<br>207-989-4001 | Trade Debt | | 13,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Steven P. Wegner                                              Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Webber Group P.O. Box 929 700 Main Street Bangor, ME 04402-0929 | Webber Group P.O. Box 929 700 Main Street Bangor, ME 04402-0929 207-942-5501 | Rent | | 10,000.00 |
| MMG Insurance Company 44 Maysville Road Presque Isle, ME 04769 | MMG Insurance Company 44 Maysville Road Presque Isle, ME 04769 207-764-4622 | Trade Debt | | 7,898.00 |
| Sun Life & Health Insurance Co. P.O Box 7247 Sort 381 Philadelphia, PA 19170-0381 | Christopher Michaud Sun Life & Health Insurance Co. P.O Box 7247 Sort 381 Philadelphia, PA 19170-0381 800-432-1102 | Dental Insurance Premium | | 5,751.64 |
| Central Maine Power P.O. Box 11752 Newark, NJ 07101-4752 | Central Maine Power P.O. Box 11752 Newark, NJ 07101-4752 800-565-3181 | Utility Service | | 5,371.46 |
| Lepage Bakeries P.O. Box 1900 Auburn, ME 04211-1900 | Lepage Bakeries P.O. Box 1900 Auburn, ME 04211-1900 229.226.9110 | Trade Debt | | 4,632.48 |
| American Express P.O. Box 1270 Newark, NJ 07101-1270 | American Express P.O. Box 1270 Newark, NJ 07101-1270 800-528-4800 | Credit Card | | 3,136.46 |
| Internal Revenue Service P.O. Box 7346 Centralized Insolvency Operation Philadelphia, PA 19101-7346 | Internal Revenue Service P.O. Box 7346 Centralized Insolvency Operation Philadelphia, PA 19101-7346 800-913-9358 | Federal Unemployment Taxes | | 2,739.36 |
| GWI 8 Pomerleau St. Biddeford, ME 04005 | GWI 8 Pomerleau St. Biddeford, ME 04005 207-494-2020 | Trade Debt | | 1,950.63 |
| Houlton Shopping Center Associates LLC 2576 Broadway Suite 391 New York, NY 10025 | Houlton Shopping Center Associates LLC 2576 Broadway Suite 391 New York, NY 10025 212-686-8050 | Rent | | 1,796.39 |
| Franke Resupply Systems, Inc 8007 Innovation Way Chicago, IL 60682-0080 | Franke Resupply Systems, Inc 8007 Innovation Way Chicago, IL 60682-0080 800-877-5178 | Trade Debt | | 1,789.95 |

MAY-29-2014 15:46 FROM:                                                          TO:7702503                    P.1/1

B4 (Official Form 4) (12/07) - Cont.

In re    **Steven P. Wegner**                                          Case No. _____

_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Casella Waste Systems, Inc<br>Capitol City Transfer<br>P.O. Box 1372<br>Williston, VT 05495-1372 | Casella Waste Systems, Inc<br>Capitol City Transfer<br>P.O. Box 1372<br>Williston, VT 05495-1372<br>(802) 891-4034 | Trade Debt | | 1,616.60 |
| Clay Brook Landscaping,<br>Inc.<br>193 Park Street, Suite B<br>Rockland, ME 04841 | Clay Brook Landscaping, Inc.<br>193 Park Street, Suite B<br>Rockland, ME 04841<br>(207) 594-0559 | Trade Debt | | 1,416.66 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Steven P. Wegner, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 29, 2014**                    Signature _____
                                                                   **Steven P. Wegner**
                                                                   Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Maine

In re   __Steven P. Wegner_____          Case No.   _____
                                          Debtor(s)            Chapter    __11_____

## CERTIFICATION OF CREDITOR MATRIX

I hereby certify that the attached matrix, consisting of __37__ pages, includes the names and addresses of all creditors listed on the debtor's schedules.*

Date: __May 29, 2014_____

Signature of Attorney
**Michael A. Fagone**
**Bernstein, Shur, Sawyer & Nelson, P.A.**
**100 Middle Street**
**P.O. Box 9729**
**Portland, ME 04112-5029**
**(207) 774-1200  Fax: (207) 774-1127**

*The attached matrix does not include employees to the extent they are creditors on account of wages and salary attributable to the pay period from May 27, 2014 through June 2, 2014. The Debtor anticipates that all such claims will be paid in the ordinary course of business.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

.

A & E Plumbing
16 Beech St
Calais, ME 04619


A-Copi Imaging Systems
P.O. Box 2240
Augusta, ME 04338-2240


Actcom Incorporated
Begelow # 6
Kingfield, ME 04947


Allen's Enviromental Services, Inc.
P.O. Box 109
Presque Isle, ME 04769


American Concrete Industries
1717 Stillwater Ave
Veazie, ME 04401


American Express
P.O. Box 1270
Newark, NJ 07101-1270


American Express
P.O. Box 2855
New York, NY 10116-2855


American Legion
Ray Goding Post # 88
P.O. Box 83
Presque Isle, ME 04769-0083


American Legionnaires
Penobscot Voiture 427 40\8
P.O. Box 8073
Bangor, ME 04402-8073

American Realty Capital
200 Dryden Road, Suite 1100
Dresher, PA 19025


Anah Temple Shrine Circus
Lawrence Gallop
539 Center Limestone Rd
Fort Fairfield, ME 04742


Androc Plumbing And Heating
484 North Street
Calais, ME 04619


Angelica Underhill
100 Union Street, Apt. 8
Calais, ME 04619


Anthem Blue Cross and Blue Shield
Attn: Michelle Jenkins
2 Gannett Drive
South Portland, ME 04106


Anthem Blue Cross and Blue Shield
P.O. Box 1168
Newark, NJ 07101-1168


Aroostook Computer Tutor
57 Court St Suite 2
Houlton, ME 04730


Aroostook County Electric Supply
408 Main Street
P.O. Box 6
Caribou, ME 04736


Aroostook Foods Inc.
P.O. Box 967
Caribou, ME 04736

Aroostook Medical Center
P.O. Box 151
140 Academy Street
Presque Isle, ME 04769


Aroostook Technologies, Inc
4 Airport Drive
Presque Isle, ME 04769


Art Landry, Inc
P.O. Box 389
Milford, ME 04461


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


Audi Financial Services
P.O. Box 17497
Baltimore, MD 21297-1497


Baker Commodities Inc.
P.O. Box 132
N. Billerica, MA 01862-0132


Bangor Daily News
P.O. Box 1329
Bangor,, ME 04402-1329


Bangor Firefighters Local 772
289 Main Street
Bangor, ME 04401


Bangor Motor Inn & Conference Center
701 Hogan Road
Bangor, ME 04401

Bangor Neon, Inc.
1567 Hammond Street
Bangor, ME 04401


Bangor Region Chamber of Commerce
208 Maine Avenue
Bangor, Me 04401


Bangor Savings Bank
99 Franklin Street
Bangor, ME 04401


Bangor Savings Bank
P.O. Box 400
Bangor, ME 04402-0400


Bangor Water District
P.O. Box 1129
614 State Street
Bangor, ME 04402-1129


BC Electric, Inc.
229 Bayside West
Owls Head, ME 04854


BK Locks
6 Kittinger Ave
Caribou, ME 04736


Border Electric, Inc.
59 River Road
Calais, ME 04619


Bottom Line/Personal
Subscription Service Center
P.O. Box 58417
Boulder, CO 80322-8417

Bps Products, Inc.
750 Beta Drive
Unit 'G'
Cleveland, OH 44143


Broadway Self Storage
1670 Broadway
Bangor, ME 04401


Bunny's Downeast Septic Service
40` Shattuck Rd
Calais, Me 04619


Bureau of Unemployment Compensation
P.O. Box 259
Augusta, ME 04332-0259


Burger King Corporation
Attn: Jeffrey L. Grill, Esq.
5505 Blue Lagoon Drive
Miami, FL 33126


Burger King Corporation
Attn: Robert Foster
5505 Blue Lagoon Drive
Miami, FL 33126


Burger King Corporation
P.O. Box 932991
Atlanta, GA 31193-2991


Burger King Corporation
P.O Box 932980
Atlanta, GA 31193-2980


Burger King Corporation
Attn: Catherine Garcia, Paralegal
5505 Blue Lagoon Drive
Miami, FL 33126

Burger King Corporation/MMA
P.O. Box 932991
Atlanta, GA 31193-2991


Calais Ace Homecenter
295 North St
Calais, ME 04619


Calais IGA
P.O. Box 378
Calais, ME 04619


Calais Motor Inn
663 Main Street
Calais, ME 04619


Calais Water Dept.
P.O. Box 413
Calais, ME 04619


Camden National Bank
2 Elm Street
P.O. Box 310
Camden, ME 04843


Caribou Chamber of Commerce
24 Sweden Street  Suite 101
Caribou, ME 04736


Caribou High School
Attn: Yearbook
308 Sweden St
Caribou, ME 04736


Caribou Parks & Recreation Dept.
55 Bennett Drive
Caribou, ME 04736

Caribou Utilities District
176 Limestone Street
P.O. Box 10
Caribou, ME 04736


Caron's Lawn & Property Maint
P.O. Box 1456
Presque Isle, ME 04769


Cary Medical Center
163 Van Buren Road
Suite 1
Caribou, ME 04736


Casella Waste Systems, Inc
Capitol City Transfer
P.O. Box 1372
Williston, VT 05495-1372


Central Aroostook Chamber of Commerce
3 Houlton Rd
Presque Isle, ME 04769-5207


Central Exterminating Services, Inc.
P. O. Box 1333
Camden, ME 04843


Central Maine Power
P.O. Box 11752
Newark, NJ 07101-4752


Central Maine Power Company
83 Edison Drive
Augusta, ME 04336


Charles Schwab FBO 6767-4780
Charles Schwab & Co.
1958 Summit Park Dr., #400
Orlando, FL 32810-5931

Charter House Holdings, LLC
4660 136th Avenue
Holland, MI 49424


Cingular Wireless
P.O. Box 536216
Atlanta, GA 30353


Cintas Corporation Loc 758
15 Eisenhower Drive
Westbrook, ME 04092


Cintas Corporation Loc 758
P.O. Box 630803
Cincinnati, OH 45263-0803


City of Bangor
City Clerk
73 Harlow Street
Bangor, ME 04401


City of Bangor Wastewater
760 Main Street
Bangor, ME 04401


City of Calais
P. O. Box 413
Calais, ME 04619


City of Caribou
25 High Street
Caribou, ME 04736


City of Ellsworth
1 City Hall Plaza
Ellsworth, ME 04605

City of Ellsworth Water & Sewer Dept
1 City Hall Plaza
Ellsworth, ME 04605


City of Presque Isle
Tax Collector
12 Second Street
Presque Isle, ME 04769-2459


City of Rockland
270 Pleasant Street
Rockland, ME 04841-5305


City of Rockland Wastewater
P.O. Box 310
West Rockport, ME 04865-0310


Clay Brook Landscaping, Inc.
193 Park Street, Suite B
Rockland, ME 04841


Claybrook Landscaping, Inc.
292 Old County Rd
Rockland, ME 04841


Clifford Bottling Ltd.
Spring Valley Water
15 South Road
Brewer, ME 04412


Coastal Irrigation & Lighting
421 State St
Ellsworth, ME 04605


Coca Cola Bottling Co of N.N.E.
1005 Airport Drive
Presque Isle, ME 04769

Coca-Cola
P.O. Box 31095
Hartford, CT 06150-1095


Coca-Cola
P.O. Box 102703
Atlanta, GA 30368


Comfort Inn - Bangor
10 Bangor Mall Boulevard
Bangor, ME 04401


Comfort Inn - Ellsworth
130 High Street
Ellsworth, ME 04605


Commercial Electronics
3421 Hollenberg Drive
Bridgeton, MO 63044


Computer Essentials
11 Bangor Mall Road
Suite A
Bangor, ME 04401


Condon Sign & Dusti Ridge Ranch
P.O. Box 435
Mapleton, ME 04757


Consolidated Plastics Co, Inc.
8181 Darrow Road
Twinsburg, OH 44087-2375


CQ of Houlton # 1581
41 Bangor Street
Houlton, ME 04730

Craig D Mcglinn Electrician
237 Pratt Road
Woodland Aroos. County, ME 04736


Cross Insurance
Attn: Kelly Neptune
74 Gilman Road
Bangor, ME 04401


Cross Insurance
74 Gilman Road
P.O. Box 1388
Bangor, ME 04401


Dead River - Bangor
103 S. Main Street
Brewer, ME 04412


Dead River - Houlton
29 Bangor Street
Houlton, ME 04730


Dead River - Orono
103 S. Main Street
Brewer, ME 04412


Dead River Company
82 Running Hill Road
South Portland, ME 04106


Dead River Company
P.O. Box 11000
Lewiston, ME 04243-9402


Dead River Company
80 Exchange Street
Bangor, ME 04401

Dead River-Brewer
Po Box 11000
Lewiston, ME 04243-9402


Dead River-Calais
18 South Street
Calais, ME 04619


Dead River-Caribou
P.O. Box 11000
Lewiston, ME 04243-9402


Dead River-Ellsworth
269 Water Street
Ellsworth, ME 04605


Dead River-Presque Isle
580 Main Street
Presque Isle, ME 04769


Dead River-Rockland
105 Maverick Street
Rockland, ME 04841


DMI Manufacturing, Inc.
7177 Industrial Park Blvd
Mentor, OH 44060


Downeast Glass
Rr 1 Box 220
Baring, ME 04694


Downeast Pension Services, Inc.
Cumberland Hall
41 Campus Dr., Suite 302
New Gloucester, ME 04260

Duffy's Electric, Inc.
P.O. Box 291
44 Boynton Street
Bradley, ME 04411-0291


Eastern Maine Appliances
86 North Street
Calais, ME 04619


Eastern Me. Elect. Coop
21 Union Street
P.O. Box 425
Calais, ME 04619


Ecolab Food Safety Specialties
24198 Network Place
Chicago, IL 60673-1241


Ellsworth Area Chamber of Commerce
163 High Street
Ellsworth, ME 04605


Ellsworth Building Supplies
PO Box 1177
Ellsworth, ME 04605-1177


Emera Maine
P.O. Box 11008
Lewiston, ME 04243


Emera Maine
P.O. Box 932
Bangor, ME 04402-0932


Emera Maine (Bangor Hydro)
P.O. Box 11031
Lewiston, ME 04243-9483

Emera Maine (Bangor Hydro)
P.O. Box 11008
Lewiston, ME 04243-9459


Empire Electrical Services
P.O. Box 3023
Brewer, ME 04412


Evergreen Waste Systems
781 Odlin Road
Bangor, ME 04401


F. Bruce Sleeper, Esq.
Jensen Baird Gardner & Henry
10 Free Street
P.O. Box 4510
Portland, ME 04112-4510


Fairpoint Communications, Inc
P.O. Box 11021
Lewiston, ME 04243-9472


Fast Forms Printing & Copying
499 Hammond St
Bangor, ME 04401


FCC Commercial Furniture, Inc.
8452 Old Highway 99 North
Roseburg, OR 97470


Federal Express
P.O. Box 371461
Pittsburgh, PA 15250-5363


FedEx
P.O. Box 371461
Pittsburgh, PA 15250-7461

Filtercorp
9805 NE 116th STREET
PMB A200
Kirkland, WA 98034


Flowers Foods
P.O. Box 842440
Boston, MA 02284-2440


Franke Resupply Systems, Inc
8007 Innovation Way
Chicago, IL 60682-0080


Frost Septic & Sons
4261 Union St
Levant, ME 04456


Gifford & Associates
1071 School Street
Veazie, ME 04401


Gil's Sanitation Service
P.O. Box 1057
Presque Isle, ME 04769-1057


Gilman Electrical Supply
P.O. Box 98
Newport, ME 04953


Goldro Corporation
c/o Jay Marc Schwamm
1775 Broadway, Suite 617
New York, NY 10019


Grainger
Dept 835770140
Palatine, IL 60038-0001

Greater Houlton Chamber of Commerce
109 Main St
Houlton, ME 04730


Green Thumb Lawn Service
P.O. Box 358
Brewer, Me 04412


GWI
8 Pomerleau St.
Biddeford, ME 04005


Hampton Inn
10 Bangor Mall Blvd.
Bangor, ME 04401


Hampton Inn P. Isle
768 Main St
Presque Isle, ME 04769


Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258-0045


Harbor Shore Landscaping
88 Center Drive
Orrington, ME 04474


Hartford Life & Annuity
Insurance Company
P.O. Box 64582
Saint Paul, MN 55164-0582


Hartford Life & Annuity Insurance Co.
Northeast Servicing Agency
1 New York Plaza
16th Floor
New York, NY 10004

Hartford Life Insurance Company
P.O. Box 64014
St. Paul, MN 55164-0014


Harvard Pilgrim
C/O Callie Lubinski
1 Market Street, 3rd Floor
Portland, ME 04101


Haslam Septic Service
122 Buttermilk Road
Lamoine, ME 04605


Haverlock, Estey & Curran
8 Commerce Court
Hampden, ME 04444


Hi-Tech Computer Telephone Inc
41 Butermilk Drive
Thomaston, ME 04861


HM Electronics, Inc.
14110 Stowe Drive
Poway, CA 92064


HOODZ of Southern Maine
P.O. Box 1995
Auburn, ME 04211


Houlton Farms Dairy
P.O. Box 429
Houlton, ME 04730


Houlton High School
Year Book
5 Bird St
Houlton, ME 04730

Houlton Rotary Club
P.O. Box 425
Houlton, ME


Houlton Septic Service
P.O. Box 1457
Houlton, ME 04730


Houlton Shopping Center Associates LLC
2576 Broadway
Suite 391
New York, NY 10025


Houlton Shopping Center Associates LLC
171 Madison Avenue
Suite 201
New York, NY 10016


Houlton Water Company
21 Bangor Street
Lock Drawer # 726
Houlton, ME 04730


Infotek Computer Networks
John Wardwell
1167 Essex Street
Bangor, ME 04401


ING Reliastar
P.O. Box 5060
Minot, ND 58702-5060


Inlution, Inc.
76 Central Road
P.O. Box 377
Easton, ME 04740

Internal Revenue Service
P.O. Box 7346
Centralized Insolvency Operation
Philadelphia, PA 19101-7346


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Interstate Septic Systems
10 Gordon Drive
Rockland, ME 04841


IRC
Eric Flaherty
420 Bowles Rd
Caribou, ME 04736


James Leon Pendergist
ING Life Insurance Co.
112 Main Street
P.O. Box 417
Ellsworth, ME 04605-0417


Jay A Fowler & Son, Inc
216 Partridge Cove Rd
Lamoine, ME 04605


John Bapst Memorial High School
100 Broadway
Bangor, ME 04401


John Deere Financial
P.O. Box 650215
Dallas, TX 75265-0125


Johnson True Value
188 North St
Calais, ME 04619-1620

Jordan Ridge Builders
1199 Waltham Road
Waltham, Me 04605


Kalloch Fuel Services
P.O. Box 402
Bangor, ME 04402-0402


Karl Dampf Builders
213 Reach Road
Presque Isle, ME 04769


Kaslo, LLC
11 Walker St
Laconia, NH 03246


Katahdin Trust Company
52 Springer Drive
Bangor, ME 04401


Kay Chemical Co.
P.O. Box 601090
Charlotte, NC 28260-1090


Ken Allen's Septic Pumping
13 Burlock Rd
Presque Isle, ME 04769


Keyes Paving
588 Smyrna Ctr Rd
P.O. Box 183
Smyrna, ME 04780


King Uniform
P.O. Box 930782
Atlanta, GA 31193-0782

Kinney office Systems
P.O. Box 2240
Augusta, ME 04338-2240


Kyle Burch
24 Crosby Street
Caribou, ME 04736


Leaf Financial Corporation
P.O. Box 643172
Cincinnati, OH 45264-3172


Lee Merchant & Daughter
P.O. Box 634
Caribou, ME 04736


Lepage Bakeries
P.O. Box 1900
Auburn, ME 04211-1900


Levesque Business Solutions
P.O. Box 538
Madawaska, ME 04756


Lincoln Plumbing & Heating
29 Chandler Street
Houlton, ME 04730


Logical It Solutions LLC
30 Debeck Drive
Holden, ME 04429


Lsi Graphic Solutions Plus
1065 Solutions Center
Chicago, IL 60677-1000

Maine Fire Protection
P.O. Box 1050
Bangor, ME 04402-1050


Maine Hosting Solutions
122 Front Street
Bath, ME 04530


Maine Logos, L.L.C.
93 Western Avenue
Suite 2
Augusta, ME 04330


Maine Merchants Assoc.
Workers Comp Trust.
P.O. Box 5060
Augusta, ME 04332


Maine Merchants Association
Workers' Compensation Trust Fund
P.O. Box 5060
5 Wade Street
Augusta, ME 04332-5060


Maine Potato Growers, Inc
P.O. Box 271
Presque Isle, ME 04769-0271


Maine Restaurant Association
45 Melville Street
Augusta, ME 04330


Maine Revenue Services
c/o Pamela W. Waite, Esq.
6 State House Station
109 Sewall Street
Augusta, ME 04333-0006

Maine Revenue Services
P.O. Box 9101
Augusta, ME 04332-9101


Maine Water
P.O. Box 310
West Rockport, ME 04865-0310


Maines Paper & Food Service, Inc.
101 Broome Coporate Parkway
Conklin, NY 13748-0450


Make-A-Wish
477 Congress Street
Suite M1
Portland, ME 04101


Mark West Plumbing & Water Treatment
592 St. George Rd
So. Thomaston, ME 04858-3119


Mark Wright Disposal
P.O. Box 211
Columbia, ME 04623


Matheson Tri-Gas Inc
P.O. Box 347297
Pittsburgh, PA 15251-4297


Mcglinn Electric, Inc.
P.O. Box 266
Mapleton, ME 04757


Mcglinn's Plumbing & Heating
29 Pleasant Street
Presque Isle, ME 04769

Mechanical Services, Inc
400 Presumpscot St
Portland, ME 04103-5292


Melanie Menees
4077 E. Wrangler Court
Gilbert, AZ 85297-8378


Mid Coast Locksmith
280 Highland Road
Warren, ME 04764


Middlesex Mutual Assurance Co.
P.O. Box 9680
Manchester, NH 03108-9680


Midwest Badge Co
P.O. Box 1516
Skokie, IL 60076-8516


Minnesota Child Support Pymnt Ctr.
P.O. Box 64306
St Paul, MN 55164-0306


MMG Insurance Company
44 Maysville Road
Presque Isle, ME 04769


Mmg Insurance Company
P.O. Box 729
Presque Isle, ME 04769-4622


Modern Pest Services
100 Pleasant Street
Brunswick, ME 04011

Modern Pest Services
100 Pleasant St
Brunswick, ME 04011-2249


Morris Fire Protection
410 Avenue Road
Garland, ME 04939


Muscular Dystrophy Association
39 Mechanic Street
Suite 100
Westbrook, ME 04092


Muzak LLC
P.O. Box 71070
Charlotte, NC 28272-1070


National Franchise Sales
1601 Dove Street
Suite 150
Newport Beach, CA 92660


NEFA
Waterville Burger Corporation
145 Silver Street
Waterville, ME 04901


New England Office Supply
Dept 106022
P.O. Box 150400
Hartford, CT 06115-0400


New Land Nursery
P.O. Box 1133
Ellsworth, Me 04605

Newman Electric
James Newman
1228 Ludlow Road
Ludlow, ME 04730


NFA
1701 Barrett Lakes Blvd.
NW, Suite 180
Kennesaw, GA 30144


NH Department of Health & Human Services
Child Support Regional Processing Center
P.O. Box 9501
Manchester, NH 03108-9501


Nichols Plumbing & Heating
26-C Airport Road
Brewer, ME 04412


North End Landscaping & Stone Supply
P.O. Box 543
Caribou, ME 04736-0453


Northcountry Management Group, Inc.
Attn: Steven P. Wegner, President
24 Spruce Street
Bangor, ME 04401-5518


Northeast Publishing Co.
260 Missile St
P.O. Box 510
Presque Isle, ME 04769-0510


Northeast Restaurant Equp
263 Riverside Drive
Eddington, ME 04428

Noyes Flower & Plant Shoppe
11 Franklin St
P.O. Box 547
Caribou, ME 04736


O.I. Distribution
12900 S W 89th Court
Miami, FL 33176


Old Town Water District
P. O. Box 525
109 Center Street
Old Town, ME 04468


One Stop Home Repair
90 Stillwater Avenue
Orono, ME 04473


Orono High School
Attn: Ms. Christy Boyd
14 Goodridge Drive
Orono, ME 04473


P.D.Q. Door
589 Main Road North
Hampden, ME 04444


P.D.Q. Door Co., Inc.
589 Main Road North
Hampden, ME 04444


Paul Revere Variable Annuity
Insurance Company
P.O. Box 19099
Newark, NJ 07195-0099

PD Industries, Inc.
Dba Maine Fire Protection Systems
6 Dowd Rd
Bangor, ME 04401


Pen-Bay Glass, Inc.
P.O. Box 1010
Rockland, ME 04841


Penobscot Bay Regional C of C
One Park Drive
P.O. Box 508
Rockland, ME 04841


Pine Tree Food Equipment, Inc
175 Lewiston Rd
Gray, ME 04039


Pioneer Business Systems
P.O. Box 27
Carver, MA 02330


Pitney Bowes Global Financial Services
P.O. Box 371887
Pittsburgh, PA 15250-7887


Pitney Bowes Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874


PNM Construction Inc
104 Edgemont Drive
Presque Isle, ME 04769


Portland Glass
P.O. Box 10700
Portland, ME 04104

Powers Roofing And Sheet Metal, Inc.
P.O. Drawer P
Caribou, ME 04736


Precision Lawn Service, Inc.
P.O. Box 975
Caribou, ME 04736-0975


Presque Isle Area Chamber of Commerce
3 Houlton Road
Presque Isle, ME 04769-5207


Presque Isle Utilities District
P.O. Box 470
Presque Isle, ME 04769


Quality Backflow Services
Jeffrey P Spinney
1077 Main St
Corinth, ME 04427


Quality Flow, Inc.
P.O. Box 1145
Bedford Park, IL 60499-1145


Quality Home Services
33 Lyndon Street
Caribou, ME 04736


R.F. Technologies
Wireless Comminications
P.O. Box 142
Bethalto, IL 62010


Rappette Hood Corp.
181 Ingalls Road
South Bridgton, ME 04009

Ray Plumbing Company
P. O. Box 588
81 High Street
Ellsworth, ME 04605


Reno & Son Landscaping
P.O. Box 32
Caribou, ME 04736


Rick Chapman
d/b/a City Sanitation Svc.
78 River Road
Caribou, ME 04736


Ridge Welding
Stephen Jordan
1545 Walthm Rd
Waltham, ME 04605-8607


Rm Flagg Company
P.O. Box 617
1212 State Street
Bangor, ME 04402-0617


Robbie Morin Paving
P.O. Box 68
Fort Kent Mills, ME 04744


Rockport Steel
17 Rockville St
Rockport, ME 04856


Roto Rooter
15 Woodland Road
Bangor, ME 04401


Rudman & Winchell, LLC
P.O. Box 1401
Bangor, ME 04402-1401

S.W. Collins Co
6 Washburn Street
P.O. Box 70
Caribou, ME 04736


Sam's Club
47 Haskell Road
Bangor, ME 04401


Sargent Lock & Safe
738 Main Street
Rockland, ME 04841


Shepard Brothers Storage
P.O. Box 605
Rockland, ME 04841


Sherwin -Williams Houlton
2 Smyrna Street
Houlton, ME 04730


Sherwin Williams  Calais
305 North Street
Calais, ME 04619


Sherwin-Williams Bangor
625 B Broadway
Bangor, ME 04401


Sherwin-Williams Caribou
118 Bennett Dr Suite 180
Caribou, ME 04736


Shiretown Inn
282 North Road
Houlton, Me 04730

Shoes For Crews, LLC
P.O. Box 504634
St. Louis, MO 63150-4634


Sicom
4434 Progress Meadow
Doylestown, PA 18902


Silver King
Silver King Refrigeration
21063 Network Place
Chicago, IL 60673-1210


Sloat's Machining & Fabrication
170 Bangor St
Houlton, ME 04730


Smith's Electric
P.O. Box 145
Caribou, ME 04736


Specialty Engraving
David Long & Assoc, Inc.
312 Crowatan Rd.
Castle Hayne, NC 28429


Sprinkler Systems Insp. Corp
P.O. Box 7133
Lewiston, ME 04243-7133


St Croix Valley Chamber of Commerce
39 Union Street
Calais, ME 04619


State of Maine Worker's Comp Board
Deering Building Amhi Complex
27 State House Station
Augusta, ME 04333-0027

State Treasurer
Bureau Of Taxation
Sales Tax Section
Augusta, ME 04333


Steelstone Industries
154 Steelstone St
P.O. Box 746
Houlton, ME 04730


Stow-It Self Storage
P.O. Box 288
Presque Isle, ME 04769


Sun Life & Health Insurance Co.
P.O Box 7247
Sort 381
Philadelphia, PA 19170-0381


Swallow's Electric, Inc
P.O. Box 521
Houlton, ME 04730


Taylor Freezer of New England
1030 University Avenue
Norwood, MA 02062-2644


Texas Digital Systems, Inc.
400 Technology Pkwy
College Station, TX 77845


The County Glass Shop
34 Industrial St
Presque Isle, ME 04769


The Handyman
P.O. Box 104
E. Newport, ME 04933

The Hanover Insurance Group
P.O. Box 580045
Charlotte, NC 28258-0045


The Jimmy Fund
10 Brookline Place West
6th Floor
Brookline, MA 02445-7295


The Light House
95 Bangor Street
Houlton, ME 04730


The Maine Water Company
P.O. Box 310
West Rockport, ME 04865-0310


The Northeastland Hotel
436 Main Street
Presque Isle, ME 04769


The Webber Group
P.O. Box 929
Bangor, ME 04401


Time Warner Portland
83 Anthony Ave
Augusta, ME 04330-9473


Tlc Lock Co., Inc
122 Beechland Rd
Ellsworth, ME 04605


Tompkins Plumbing & Heating
P.O. Box 4173
Presque Isle, ME 04769

Town of Houlton
21 Water Street
Houlton, ME 04730


Town of Orono
59 Main Street
Orono, ME 04473


Treasurer, State of Maine
Maine Revenue Services
P.O. Box 1063
Augusta, ME 04333-1063


Treasurer, State of Maine
Dept Of Human Svcs. Iv-D Cashier
Box 1098
Augusta, ME 04332


Treasurer, State of Maine
DHHS, Div Of Health Engineering
11 State House Station
Augusta, ME 04333-0011


Treasurer, State of Maine
Maine Revenue Services
P.O. Box 9101
Augusta, ME 04332-9101


Tri-Community Landfill
P.O. Box 605
Caribou, ME 04736


Trp Logging
P.O. Box 178
East Machias, ME 04630


U.S. Attorney
202 Harlow Street, Room 111
Bangor, ME 04401

U.S. Department of Education
Student Financial Assistance Collections
400 Maryland Avenue, SW
Washington, D.C. 20202-0000


U.S. Postal Service
Claire Jamieson
73 Hammond Street
Bangor, ME 04401-9998


U.S. Small Business Administration
Standard 7a Loan Guaranty
Processing Center
6501 Sylvan Road, Suite 122
Citrus Heights, CA 95610-5017


Underwood Electric, Inc
P.O. Box 1331
Presque Isle, ME 04769


Unifirst Corporation
70 Godsoe Rd
Bangor, ME 04401


University Credit Union
23 Spring Street
Suite A
Scarborough, ME 04074-7701


USRP Funding 2001-A, L.P.
Cnl Apf Partners - If & Gf
P.O. Box 403120
Atlanta, GA 30384-3120


Webber Energy Fuels
P.O. Box 402
Bangor, ME 04402-0402

Webber Group
P.O. Box 929
700 Main Street
Bangor, ME 04402-0929


Webber Oil Company
Attn: Ray Cota
700 Main Street
Bangor, ME 04401


Webber-Frost Land Co.
700 Main Street
P.O. Box 929
Bangor, ME 04402-0929


Wesco Distribution, Inc.
P.O. Box 641447
Pittsburgh, ME 15264-1447


West Coast Life
343 Sansome Street
San Francisco, CA 94104


Wilson's Lawn Service
678 Colebrook Rd
Hermon, Me 04401


Windsor Associates LLC
P.O. Box 249
Portland, ME 04112-0249


Yankee Cash Registers
P.O. Box 237
86 Main St
Center Ossipee, NH 03814