ch11ocomply (5/13)

**UNITED STATES BANKRUPTCY COURT**
**District of Maine**

Case No.: 14–10415
Chapter: 11

In Re:  Steven P. Wegner

**ORDER TO COMPLY WITH BANKRUPTCY RULES 1007 AND
NOTICE OF INTENT TO DISMISS CASE**

To Debtor and Debtor's Attorney of Record:

**YOU FAILED TO FILE THE FOLLOWING DOCUMENTS OR YOU USED OBSOLETE FORMS OR THE FOLLOWING DOCUMENTS WERE INCOMPLETE, AND THESE DEFICIENCIES MUST BE REMEDIED BY:**

- ☐ Voluntary Petition **(Official Form 1)**
- ☐ Filing Fee ($1,213.00) or Application to Pay Filing Fee in Installments (Official Form 3A) and Initial Payment of $303.25 – Individual debtor only. (Personal checks will not be accepted.)
- ☐ Signature of debtor or attorney or petition preparer on the petition
- ☐ Notice to Debtor by Bankruptcy Petition Preparer, if applicable (Official Form 19)
- ☐ Creditor Matrix
- ☐ Verification of Creditor Matrix
- ☐ Statement of Social Security Number (Official Form 21)
- ☐ List of Creditors holding the 20 largest unsecured claims (Official Form 4)

**YOU FAILED TO FILE THE FOLLOWING DOCUMENTS OR YOU USED OBSOLETE FORMS OR THE FOLLOWING DOCUMENTS WERE INCOMPLETE, AND THESE DEFICIENCIES MUST BE REMEDIED BY: 6/12/14**

- ☐ Exhibit D – Individual Debtor's Statement of Compliance with Credit Counseling Requirement
- ☐ Certificate of Credit Counseling and Debt Repayment Play or Certification of Completion or Request for Waiver
- ☐ Statement Disclosing Compensation Paid or to be Paid to Bankruptcy Petition Preparer
- ☑ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Official Form 22B)
- ☐ Names and addresses of equity security holders of the debtor
- ☑ Schedules of Assets and Liabilities (Off. Form 6):  ☑ A  ☑ B  ☑ C  ☑ D  ☑ E  ☑ F  ☑ G  ☑ H  ☑ I  ☑ J
  (File forms with a notation of "None" if they are not applicable to your case.)
- ☑ Declaration Concerning Debtor's Schedules (Official Form 6–Declar.)
- ☑ Summary of Schedules (Off.form 6–Sum.)   ☐ Statistical Summary of Certain Liabilities (Off. Form 6–Sum.)
- ☑ Signed Statement of Financial Affairs (Official Form 7)
- ☑ Statement Disclosing Compensation Paid to or to Be Paid to the Attorney for the Debtor
- ☐ Other:

According to the Bankruptcy Rules 1007 and 3015(b), you must file the above–referenced document(s) by the dates noted above. If the Bankruptcy Code provides the opportunity to file a motion for an extension of the time to file the above–referenced document(s), you must file that motion by the date(s) noted above. **If you do not timely file the document(s) or a proper motion, the Court will dismiss your case without further notice.**

**BY ORDER OF THE COURT**

**Dated: 5/30/14**

/s/ Louis H. Kornreich *by akr*
**United States Bankruptcy Judge**