## Proceeding Minutes / Proceeding Memo

*Case #:* 14-10415  *Case Name:* Steven P. Wegner
*Set:* 06/03/2014 10:00 am  *Chapter:* 11  *Type:* bk  *Judge* Louis H. Kornreich
*matter* Doc# 6 MOTION TO USE CASH COLLATERAL

Minute Entry re: (related document(s): [6] Motion to Use Cash Collateral/Borrow filed by Steven P. Wegner) Appearances: Thomas M. Brown, Michael A. Fagone, Jeremy Grant, Will Hueske, Jennifer H. Pincus, F. Bruce Sleeper. Immediate authority granted on an interim basis. Continued Hearing scheduled for 06/25/2014 at 01:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. Proposed Order due by 06/06/2014. Witness sworn: Steven Wegner. Debtor Exhibits 1 & 3 offered and admitted. (LJS)